Julia Ann McGowan *v.* Bailey, Wilson & Co., Appellants.

Argued Nov. 4, 1896.  Appeal, No. 106, Oct. Term, 1896, by defendants, from decree of C. P. No. 1, Allegheny Co., March Term, 1893, No. 93, on bill in equity.  Before STER-RETT, C. J., GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE DEAN, January 4, 1897 :

This is an appeal by defendants from same decree as that appealed from by plaintiffs in No. 151, October term, 1893, ante, p. 470, and in which opinion is handed down this day.   In that opinion we have passed on all the questions raised by the assignments of error demanding notice in this case.   The appeal is dismissed.